IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON JAMES HILBOURN,                    *

        Plaintiff,                         *

v.                                             Case No. 5:26-cv-00010-MTT-ALS

                              *

JOHN AND OR JANE DOES et al,

                              *

        Defendants.

                              *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 13, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of May, 2026.

                         David W. Bunt, Clerk

                         s/ Erin Pettigrew, Deputy Clerk